John C. Doubek
Doubek & Pyfer LLP
307 North Jackson
P.O. Box 236
Helena, MT 59624-0236
Telephone: (406) 442-7830
Facsimile: (406) 442-7839
Email: jdoubek@qwestoffice.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

\* \* \* \* \* \*

| | | |
|---|---|---|
| JASON ISBELL, | ) | Case No. 09-09-H-RKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNOPPOSED MOTION TO |
| vs. | ) | DISMISS WITHOUT |
| | ) | PREJUDICE |
| UNITED STATES, ex rel UNITED STATES DEPARTMENT OF TRANSPORTATION/FFA | ) ) ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \*

The undersigned respectfully files this unopposed motion to dismiss without prejudice.

1

This motion has been discussed with Assistant U.S. Attorney of record, Timothy Cavan, who has no objection to dismissal without prejudice.

DATED this 1st day of July, 2009.

DOUBEK & PYFER LLP

By: /s/John C. Doubek

CERTIFICATE OF SERVICE

I hereby certify that, on the 1st day of July, 2009, a copy of the foregoing document was served on the following persons by the following means:

1, 2 ___ CM/ECF
_____ Hand Delivery

1. Clerk, U.S. District Court

2. Timothy J. Cavan
   Attorney for Defendant

/s/ John C. Doubek
John C. Doubek
Attorneys for Plaintiff