IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

\* \* \* \* \* \*

| | | |
|---|---|---|
| JASON ISBELL, | ) | Case No. 09-09-H-RKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO DISMISS |
| vs. | ) | WITHOUT PREJUDICE |
| | ) | |
| UNITED STATES, ex rel UNITED STATES DEPARTMENT OF TRANSPORTATION/FFA | ) ) ) ) | |
| Defendant. | ) | |

\* \* \* \* \* \*

Upon Motion by the Plaintiff and it appearing that Defendant's counsel has been contacted and has no objection to the same, IT IS HEREBY ORDERED that the above case is dismissed, without prejudice.

DATED this ____ day of July, 2009.

_____
Keith Strong
U.S. Magistrate Judge